IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BETH TAYLOR, | § | |
| | § | |
| Petitioner Below, | § | No. 222, 2017 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| OLIVER TRAINOR, JR., | § | File No. CN09-04596 |
| | § | Petition No. 09-27761 |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: December 6, 2017
Decided: December 20, 2017

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## **ORDER**

This 20th day of December, 2017, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its May 1, 2017 letter decision and order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice